**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**GLORIANNE BARBACANE**
    Plaintiff,

-vs-                                                                 Case No. C-1-01-571

**PNC BANK, NATIONAL ASSOCIATION**

    Defendants.

---

### JUDGMENT IN A CIVIL CASE

       **Jury Verdict.**       This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DOC 19 IS **GRANTED** AND THIS CASE IS **DISMISSED** AT PLAINTIFF'S COST PURSUANT TO ORDER OF THE COURT [DOC 24].

Date: September 17, 2003                              KENNETH J. MURPHY, JR., CLERK

                                                            By: s/ Paul Hennessey
                                                            Paul Hennessey, Deputy Clerk